

**U.S. Department of Homeland Security**
500 12th St. SW; STOP 5009
Washington, D.C. 20536-5009

July 8, 2021

Camille Mackler
Immigrant Advocates Response Collaborative
PO Box 50041
Albany, NY 12205

**RE: 2021-ICAP-05967, 2021-ICFO-01011**

Dear Ms. Mackler:

This is in response to your email dated June 23, 2021 and received on June 24, 2021, appealing the U.S. Immigration and Customs Enforcement (ICE) Freedom of Information Act (FOIA) Office's response to your FOIA request, dated October 5, 2020, seeking:

> **1.** All documents, regulations, and guidelines relating to the management of the Criminal History Information Program (CHIP), Criminal History Information Sharing (CHIS), and the Biometric Identification Transnational Migration Alert Program (BITMAP) programs.
>
> **2.** All memoranda of understanding, agreements, treaties, or other materials outlining partnership between the governments of El Salvador, Honduras, Guatemala and the United States to maintain and access the CHIP, CHIS, and BITMAP Programs
>
> **3.** All memoranda of understanding, agreements, treaties, or other materials outlining partnership between the governments of El Salvador, Honduras, Guatemala and the United States to maintain and access the Enforcement Integrated Database (EID) and the DHS Automated Biometric Identification System (IDENT) and for the United States to obtain similar information from the governments of El Salvador, Honduras, and Guatemala.
>
> **4.** All training materials used to orient users to inputting and retrieving data from the CHIP and CHIS programs.
>
> **5.** A list of agencies in the United States and El Salvadorian governments who have user access for their employees or contractors for the CHIP and CHIS programs.
>
> **6.** A list of funding sources and total funds used to operate and maintain the CHIP and CHIS programs.
>
> **7.** Criteria used by US law enforcement personnel in the New York area to determine gang membership among the Central American population.

**EXHIBIT G**

Camille Mackler
2021-ICAP-01011, 2021-ICFO-05967
Page 2

       **8.**    A list of crimes reported to foreign governments under CHIP.

       **9.**    The Memorandum of Cooperation between ICE and the El Salvadoran Police referenced in the following news release: [https://www.ice.gov/news/releases/ice-el-salvador-sign-memorandum-cooperation](https://www.ice.gov/news/releases/ice-el-salvador-sign-memorandum-cooperation).

Your appeal letter challenged the constructive denial of your FOIA request, as ICE FOIA had not responded within the statutory 20 business day timeframe.

After reviewing the administrative record, ICE has determined that a new search(s), or modifications to the existing search(s), could be made. ICE is therefore remanding your appeal to the ICE FOIA Office for processing and re-tasking to the appropriate agency/office(s) to obtain any responsive documents, should they exist.

Should you have any questions regarding this appeal decision, please contact ICE at [ice-foia@dhs.gov](mailto:ice-foia@dhs.gov). In the subject line of the email please include the word "appeal," your appeal number, which is **2021-ICAP-05967,** and the FOIA case number, which is **2021-ICFO-01011.**

Sincerely,

*Azadeh Rezvani*

for    Shiraz Panthaky
       Chief
       Government Information Law Division
       ICE Office of the Principal Legal Advisor
       U.S. Department of Homeland Security