IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Immigrant Advocates Response Collaborative,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S Department of Homeland Security;<br>U.S. Immigration and Customs Enforcement;<br>U.S. Department of State; and<br>Federal Bureau of Investigation,<br><br>    Defendants. | No. 1:21-cv-01235-TJM-CFH<br><br>**AFFIDAVIT OF SERVICE** |

    I, Trina Realmuto, hereby declare that pursuant to Federal Rule of Civil Procedure 4(i), I caused the following documents in the above-captioned case to be served:

- Conformed Summons;
- Civil Cover Sheet;
- Complaint;
- General Order #25;
- Judicial Case Assignment Form;
- Joint Civil Case Management Plan Containing Notice of Initial Pretrial Conference; and
- Notice and Consent Form to Proceed Before a U.S. Magistrate Judge.

    I caused the aforementioned documents to be served by certified mail, return receipt requested, addressed to Defendants and the U.S. Attorney's Office for the District of Northern District of New York at the following addresses:

| | |
|---|---|
| U.S. Department of Homeland Security<br>Office of the General Counsel<br>2707 Martin Luther King Junior Ave, SE<br>Mail Stop 0485<br>Washington, DC 20528-0485 | Office of the U.S. Attorney<br>Civil Process Clerk<br>P.O. Box 7198<br>100 S. Clinton Street<br>Syracuse, NY 13261-7198 |

1

| | |
|---|---|
| Merrick B. Garland | U.S. Department of States |
| U.S. Attorney General | Executive Office |
| United States Department of Justice | Office of the Legal Advisor |
| 950 Pennsylvania Avenue, N.W. | 600 19th Street NW, Suite 5.600 |
| Washington, DC 20530-0001 | Washington, DC 20522 |
| | |
| Federal Bureau of Investigation | U.S. Immigration and Customs Enforcement |
| 935 Pennsylvania Avenue, NW | Office of the Principal Legal Advisor |
| Washington, DC 20535 | 500 12th Street SW, Mail Stop 5900 |
| | Washington, DC 20536 |

The U.S. Attorneys' Office for the Northern District of New York accepted service on November 23, 2021. The U.S. Attorney General's accepted service on November 26, 2021. Defendant Department of Homeland Security accepted service on November 26, 2021. Defendants U.S Immigration and Customs Enforcement accepted service on November 26, 2021. Defendant Federal Bureau of Investigation accepted service on November 26, 2021. Defendant Department of States accepted service on November 29, 2021. Delivery confirmation for receipt of these documents by Defendants accompanies this affidavit as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 3rd day of December 2021 at Brookline, Massachusetts.

Respectfully submitted,

s/*Trina Realmuto*

Trina Realmuto
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org

Dated:  December 3, 2021

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Att'y Gen. Merrick B. Garland
US Dep't of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

9590 9402 5936 0049 7044 18

2. Article Number *(Transfer from service label)*

7019 1640 0001 5615 6909

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $    Postmark
☐ Certified Mail Restricted Delivery  $    Here
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $
Postage  $
Total Postage and Fees  $

Sent To  A.G. Merrick B. Garland
Street and Apt. No., or PO Box No.  USDOJ, 950 Pennsylvania Ave. NW
City, State, ZIP+4®  Washington, DC 20530-0001

7019 1640 0001 5615 6909
7019 1640 0001 5615 6909

CERTIFIED MAIL®
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

# USPS Tracking®

FAQs >

## Track Another Package +

Remove ✕

**Tracking Number:** 70191640000156156909

Your item was delivered at 4:53 am on November 26, 2021 in WASHINGTON, DC 20530.

## ⊘ Delivered

November 26, 2021 at 4:53 am
WASHINGTON, DC 20530

Feedback

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**USPS Return Receipt (PS Form 3811)**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Dept of Homeland Security
Office of the General Counsel
2707 Martin Luther King Jr. Ave. SE
Mail Stop 0485
Washington, DC 20528-0485

9590 9402 5936 0049 7043 88

2. Article Number (Transfer from service label)
7019 1640 0001 5622 3878

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X
☐ Agent
☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

---

**U.S. Postal Service CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery  $
Postage  $
Total Postage and Fees  $

Sent To DHS Off. of the Gen. Counsel
Street and Apt. No., or PO Box No. 2707 MLK Jr. Ave. SE, MailStop 0485
City, State, ZIP+4® Washington, DC 20528-0485

7019 1640 0001 5622 3878

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70191640000156223878

Your item was delivered to the front desk, reception area, or mail room at 6:42 am on November 26, 2021 in WASHINGTON, DC 20528.

## ⊘ Delivered, Front Desk/Reception/Mail Room

November 26, 2021 at 6:42 am
WASHINGTON, DC 20528

Feedback

Get Updates ⌄

---

| Text & Email Updates | ⌄ |

---

| Tracking History | ⌄ |

---

| Product Information | ⌄ |

---

See Less ︿

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**USPS Certified Mail Return Receipt (PS Form 3811)**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Dep't of State
   Exec Office, Off. of the Legal Adviser
   600 19th St. NW, Suite 5.600
   Washington, DC 20522

9590 9402 5936 0049 7043 64

2. Article Number (Transfer from service label)

   7019 1640 0001 5622 3885

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service Certified Mail Receipt (PS Form 3800)**

Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $

Postage  $

Total Postage and Fees  $

Sent To: DOS, Exec. Off., Off. of the Legal Adv.
Street and Apt. No., or PO Box No.: 600 19th St. NW, Suite 5.600
City, State, ZIP+4: Washington, DC 20522

7019 1640 0001 5622 3885

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70191640000156223885

Your item was delivered at 6:02 am on November 29, 2021 in WASHINGTON, DC 20521.

## ⊘ Delivered

November 29, 2021 at 6:02 am
WASHINGTON, DC 20521

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**USPS Certified Mail Return Receipt (PS Form 3811)**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Fed. Bureau of Investigation
    935 Pennsylvania Ave., NW
    Washington, DC. 20535

9590 9402 5936 0049 7043 95

2. Article Number (Transfer from service label)

    7019 1640 0001 5622 3892

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X ☐ Agent ☐ Addressee
- B. Received by (Printed Name) | C. Date of Delivery
- D. Is delivery address different from item 1? ☐ Yes  ☐ No
  If YES, enter delivery address below:

3. Service Type
   - ☐ Adult Signature
   - ☐ Adult Signature Restricted Delivery
   - ☐ Certified Mail®
   - ☐ Certified Mail Restricted Delivery
   - ☐ Collect on Delivery
   - ☐ Collect on Delivery Restricted Delivery
   - ☐ Insured Mail
   - ☐ Insured Mail Restricted Delivery (over $500)
   - ☐ Priority Mail Express®
   - ☐ Registered Mail™
   - ☐ Registered Mail Restricted Delivery
   - ☐ Return Receipt for Merchandise
   - ☐ Signature Confirmation™
   - ☐ Signature Confirmation Restricted Delivery

---

**U.S. Postal Service CERTIFIED MAIL® RECEIPT (PS Form 3800)**

Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $

Postmark Here

Sent To: FBI
Street and Apt. No., or PO Box No.: 935 Pennsylvania Ave. NW
City, State, ZIP+4: Washington DC 20535

7019 1640 0001 5622 3892

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70191640000156223892

Your item was delivered at 7:20 am on November 26, 2021 in WASHINGTON, DC 20535.

## ⊘ Delivered

November 26, 2021 at 7:20 am
WASHINGTON, DC 20535

Feedback

**Get Updates** ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Imm. + Customs Enforcement
   Office of the Principal Legal Adv.
   500 12th St. SW., Mail Stop 5900
   Washington, DC 20536

9590 9402 5936 0049 7043 71

2. Article Number (Transfer from service label)

   7019 1640 0001 5622 3861

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $
Extra Services & Fees (check box, add fee as appropriate)
  ☐ Return Receipt (hardcopy)   $
  ☐ Return Receipt (electronic)   $
  ☐ Certified Mail Restricted Delivery   $
  ☐ Adult Signature Required   $
  ☐ Adult Signature Restricted Delivery   $
Postage   $
Total Postage and Fees   $

Sent To  ICE OPLA
Street and Apt. No., or PO Box No.  500 12th St. SW, Mail Stop 5900
City, State, ZIP+4  Washington, DC 20536

7019 1640 0001 5622 3861

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70191640000156223861

Your item was delivered to the front desk, reception area, or mail room at 6:41 am on November 26, 2021 in WASHINGTON, DC 20536.

## ✓ Delivered, Front Desk/Reception/Mail Room

November 26, 2021 at 6:41 am
WASHINGTON, DC 20536

Feedback

Get Updates ∨

---

Text & Email Updates                                                                 ∨

---

Tracking History                                                                     ∨

---

Product Information                                                                  ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**Certified Mail Return Receipt (green card)**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Attys Office
   Civil Process Clerk
   P.O. Box 7198
   100 S. Clinton St.
   Syracuse, NY 13261-7198

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X
- B. Received by (Printed Name) / C. Date of Delivery
- D. Is delivery address different from item 1? ☐ Yes / ☐ No

3. Service Type: Certified Mail

2. Article Number: 7019 1640 0001 5622 3908

9590 9402 5936 0049 7044 01

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
Domestic Mail Only

Sent To: USAO Civil Process Clerk
Street and Apt. No., or PO Box No.: P.O. Box 7198, 100 S. Clinton St.
City, State, ZIP+4: Syracuse, NY 13261-7198

7019 1640 0001 5622 3908

PS Form 3800, April 2015 PSN 7530-02-000-9047

USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70191640000156223908

Your item was picked up at a postal facility at 10:47 am on November 23, 2021 in SYRACUSE, NY 13261.

## ⊘ Delivered, Individual Picked Up at Postal Facility

November 23, 2021 at 10:47 am
SYRACUSE, NY 13261

Feedback

Get Updates ⌄

| Text & Email Updates | ⌄ |
| Tracking History | ⌄ |
| Product Information | ⌄ |

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.