**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IMMIGRANT ADVOCATES RESONSE COLLABORATIVE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>Defendants. | ) | **ANSWER**<br><br>Civil Action No.<br>1:21-CV-1235<br>(TJM/CFH) |

Defendants the U.S. Department of Homeland Security ("DHS"), the U.S. Immigration and Customs Enforcement ("ICE"), the U.S. Department of State ("DOS") and the Federal Bureau of Investigations ("FBI) (collectively, the "Answering Defendants"), by their attorney, Carla B. Freedman, the United States Attorney in and for the Northern District of New York, C. Harris Dague, Assistant United States Attorney, of counsel, as and for an Answer to the Complaint herein, respond as follows:

**INTRODUCTION**

1. Paragraph 1 of the Complaint contains Plaintiff's characterization of this action and the relief sought, which does not necessitate a response. To the extent that a response is deemed required, the Answering Defendants admit that Plaintiff purports to bring this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*

2. Paragraph 2 of the Complaint contains Plaintiff's characterization of this action, which does not necessitate a response. To the extent that a response is deemed required, the

Answering Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of Plaintiff's allegations in Paragraph 2 of the Complaint.

3. The Answering Defendants respectfully refer the Court to the FOIA requests referenced in Paragraph 3 as containing the best evidence and most accurate version of their contents. The Answering Defendants deny the allegations in Paragraph 3 to the extent they are inconsistent with said record, and further deny any allegations that the records support a theory of liability against Defendants. The Answering Defendants admit that Plaintiff submitted FOIA requests to DHS, ICE, DOS and FBI.

4. The Answering Defendants deny the allegations contained in Paragraph 4 of the Complaint and note that to date all Answering Defendants have either released records or provided substantive responses to the subject FOIA requests.

5. Paragraph 5 of the Complaint contains Plaintiff's characterization of this action and the relief sought, which does not necessitate a response. To the extent that a response is deemed required, the Answering Defendants admit that by this action Plaintiff asks the Court to "order Defendants to locate and release" responsive records.

## JURISDICTION AND VENUE

6. Paragraph 6 of the Complaint contains statements of law or legal conclusions as to the basis of this Court's jurisdiction more appropriately reserved for determination by the Court, and, as such, requires no response.

7. Paragraph 7 of the Complaint contains statements of law or legal conclusions as to the propriety of the chosen venue for this action more appropriately reserved for determination by the Court, and, as such, requires no response. To the extent a response is required, the Answering

Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of Plaintiff's principal place of business and admit that Defendants are agencies of the United States.

8. Paragraph 8 of the Complaint contains statements of law or legal conclusions as to time limits and exhaustion of FOIA requests that are more appropriately reserved for determination by the Court, and, as such, requires no response.

**PARTIES**

9. The Answering Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of Plaintiff's allegations in Paragraph 9 of the Complaint.

10. Paragraph 10 of the Complaint contains statements of law or legal conclusions as to interpretation of 5 U.S.C. § 552(f)(1) that are more appropriately reserved for determination by the Court, and, as such, requires no response. To the extent a response is required, the Answering Defendants admit that DHS is a federal agency and deny that DHS has in its possession, custody, and control the records requested by Plaintiff.

11. Paragraph 11 of the Complaint contains statements of law or legal conclusions as to interpretation of 5 U.S.C. § 552(f)(1) that are more appropriately reserved for determination by the Court, and, as such, requires no response. To the extent a response is required, the Answering Defendants admit that ICE is a federal agency and deny that ICE has in its possession, custody, and control all of the records requested by Plaintiff, and note that ICE has released responsive records to Plaintiff.

12. Paragraph 12 of the Complaint contains statements of law or legal conclusions as to interpretation of 5 U.S.C. § 552(f)(1) that are more appropriately reserved for determination by the Court, and, as such, requires no response. To the extent a response is required, the Answering Defendants admit that DOS is a federal agency and deny that DOS has in its possession, custody,

and control all of the records requested by Plaintiff, and note that DOS has released responsive records to Plaintiff.

13. Paragraph 13 of the Complaint contains statements of law or legal conclusions as to interpretation of 5 U.S.C. § 552(f)(1) that are more appropriately reserved for determination by the Court, and, as such, requires no response. To the extent a response is required, the Answering Defendants admit that FBI is a federal agency and deny that FBI has in its possession, custody, and control all of the records requested by Plaintiff, and note that FBI has released responsive records to Plaintiff.

## FACTS

### CHIP

14. Paragraph 14 of the Complaint contains Plaintiff's characterization of and background information regarding certain databases, it does not set forth a claim for relief or aver facts in support of a claim and, thus, no response is required.

### CHIS

15. Paragraph 15 of the Complaint contains Plaintiff's characterization of and background information regarding databases, it does not set forth a claim for relief or aver facts in support of a claim and, thus, no response is required.

16. Paragraph 16 of the Complaint contains Plaintiff's characterization of and background information regarding certain databases, it does not set forth a claim for relief or aver facts in support of a claim and, thus, no response is required.

17. Paragraph 17 of the Complaint contains Plaintiff's characterization of and background information regarding certain databases, it does not set forth a claim for relief or aver facts in support of a claim and, thus, no response is required.

18. Paragraph 18 of the Complaint contains Plaintiff's characterization of and background information regarding certain databases, it does not set forth a claim for relief or aver facts in support of a claim and, thus, no response is required.

**BITMAP**

19. Paragraph 19 of the Complaint contains Plaintiff's characterization of and background information regarding certain databases, it does not set forth a claim for relief or aver facts in support of a claim and, thus, no response is required.

20. Paragraph 20 of the Complaint contains Plaintiff's characterization of and background information regarding certain databases, it does not set forth a claim for relief or aver facts in support of a claim and, thus, no response is required.

21. Paragraph 21 of the Complaint contains Plaintiff's characterization of and background information regarding certain databases, it does not set forth a claim for relief or aver facts in support of a claim and, thus, no response is required.

**DHS FOIA Request**

22. The Answering Defendants respectfully refer the Court to the FOIA request referenced in Paragraph 22, Exhibit A, as containing the best evidence and most accurate version of its contents. The Answering Defendants deny the allegations in Paragraph 22 to the extent they are inconsistent with said record, and further deny any allegation that the records support a theory

of liability against Defendants. The Answering Defendants admit that Plaintiff submitted FOIA requests to DHS, ICE, DOS and FBI.

23. The Answering Defendants respectfully refer the Court to the FOIA request referenced in Paragraph 23, Exhibit A, as containing the best evidence and most accurate version of its contents. The Answering Defendants deny the allegations in Paragraph 23 to the extent they are inconsistent with said record, and further deny any allegation that the records support a theory of liability against Defendants. The Answering Defendants admit that Plaintiff submitted FOIA requests to DHS, ICE, DOS and FBI.

24. The Answering Defendants deny the allegations contained in Paragraph 24 of the Complaint.

25. The Answering Defendants respectfully refer the Court to the "administrative appeal" referenced in Paragraph 25, Exhibit B, as containing the best evidence and most accurate version of its contents. The Answering Defendants deny the allegations in Paragraph 25 to the extent they are inconsistent with said record, and further deny any allegation that the records support a theory of liability against Defendants. The Answering Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of Plaintiff's allegations in Paragraph 25 of the Complaint regarding how "I-ARC and Hofstra treated" or interpreted alleged conduct.

26. The Answering Defendants respectfully refer the Court to the "letter" referenced in Paragraph 26, Exhibit C, as containing the best evidence and most accurate version of its contents.

27. Paragraph 27 of the Complaint contains statements of law or legal conclusions as to the FOIA more appropriately reserved for determination by the Court, and, as such, requires no response. To the extent a response is required, the Answering Defendants deny the Defendant DHS has not responded to Plaintiff's FOIA request and further denies the allegations in the paragraph.

**ICE FOIA REQUEST**

28. The Answering Defendants respectfully refer the Court to the FOIA request referenced in Paragraph 28, Exhibit D, as containing the best evidence and most accurate version of its contents. The Answering Defendants deny the allegations in Paragraph 28 to the extent they are inconsistent with said record, and further deny any allegation that the records support a theory of liability against Defendants. The Answering Defendants admit that Plaintiff submitted FOIA requests to DHS, ICE, DOS and FBI.

29. The Answering Defendants respectfully refer the Court to the FOIA request referenced in Paragraph 29, Exhibit D, as containing the best evidence and most accurate version of its contents. The Answering Defendants deny the allegations in Paragraph 29 to the extent they are inconsistent with said record, and further deny any allegation that the records support a theory of liability against Defendants.

30. The Answering Defendants respectfully refer the Court to the record referenced in Paragraph 30, Exhibit E, as containing the best evidence and most accurate version of its contents. The Answering Defendants deny the allegations in Paragraph 30 to the extent they are inconsistent with said record, and further deny any allegation that the records support a theory of liability against Defendants.

31. The Answering Defendants respectfully refer the Court to the "administrative appeal" referenced in Paragraph 31, Exhibit F, as containing the best evidence and most accurate version of its contents. The Answering Defendants deny the allegations in Paragraph 31 to the extent they are inconsistent with said record, and further deny any allegation that the records support a theory of liability against Defendants. The Answering Defendants lack knowledge or

information sufficient to form a belief as to the truth or falsity of Plaintiff's allegations in Paragraph 31 of the Complaint regarding how "I-ARC and Hofstra treated" or interpreted alleged conduct.

32. The Answering Defendants respectfully refer the Court to the letter referenced in Paragraph 32, Exhibit G, as containing the best evidence and most accurate version of its contents. The Answering Defendants deny the allegations in Paragraph 32 to the extent they are inconsistent with said record, and further deny any allegation that the records support a theory of liability against Defendants.

33. Paragraph 33 of the Complaint contains statements of law or legal conclusions as to the FOIA more appropriately reserved for determination by the Court, and, as such, requires no response. To the extent a response is required, the Answering Defendants deny the Defendant ICE has not responded to Plaintiff's FOIA request and further denies the allegations in the paragraph.

**DOS FOIA Request**

34. The Answering Defendants respectfully refer the Court to the FOIA request referenced in Paragraph 34, Exhibit H, as containing the best evidence and most accurate version of its contents. The Answering Defendants deny the allegations in Paragraph 34 to the extent they are inconsistent with said record, and further deny any allegation that the records support a theory of liability against Defendants. The Answering Defendants admit that Plaintiff submitted FOIA requests to DHS, ICE, DOS and FBI.

35. The Answering Defendants respectfully refer the Court to the FOIA request referenced in Paragraph 35, Exhibit H, as containing the best evidence and most accurate version of its contents. The Answering Defendants deny the allegations in Paragraph 35 to the extent they are inconsistent with said record, and further deny any allegation that the records support a theory of liability against Defendants.

36. The Answering Defendants respectfully refer the Court to the record referenced in Paragraph 36, Exhibit I, as containing the best evidence and most accurate version of its contents. The Answering Defendants deny the allegations in Paragraph 36 to the extent they are inconsistent with said record, and further deny any allegation that the records support a theory of liability against Defendants.

37. The Answering Defendants respectfully refer the Court to the "administrative appeal" referenced in Paragraph 37, Exhibit J, as containing the best evidence and most accurate version of its contents. The Answering Defendants deny the allegations in Paragraph 37 to the extent they are inconsistent with said record, and further deny any allegation that the records support a theory of liability against Defendants. The Answering Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of Plaintiff's allegations in Paragraph 37 of the Complaint regarding how "I-ARC and Hofstra treated" or interpreted alleged conduct.

38. The Answering Defendants respectfully refer the Court to the letter referenced in Paragraph 38, Exhibit K, as containing the best evidence and most accurate version of its contents. The Answering Defendants deny the allegations in Paragraph 38 to the extent they are inconsistent with said record, and further deny any allegation that the records support a theory of liability against Defendants.

39. Paragraph 39 of the Complaint contains statements of law or legal conclusions as to the FOIA more appropriately reserved for determination by the Court, and, as such, requires no response. To the extent a response is required, the Answering Defendants deny the allegations in the paragraph and note that DOS has released responsive records to Plaintiff.

**FBI FOIA Request**

40. The Answering Defendants respectfully refer the Court to the FOIA request referenced in Paragraph 40, Exhibit L, as containing the best evidence and most accurate version of its contents. The Answering Defendants deny the allegations in Paragraph 40 to the extent they are inconsistent with said record, and further deny any allegation that the records support a theory of liability against Defendants. The Answering Defendants admit that Plaintiff submitted FOIA requests to DHS, ICE, DOS and FBI.

41. The Answering Defendants respectfully refer the Court to the FOIA request referenced in Paragraph 41, Exhibit H, as containing the best evidence and most accurate version of its contents. The Answering Defendants deny the allegations in Paragraph 41 to the extent they are inconsistent with said record, and further deny any allegation that the records support a theory of liability against Defendants.

42. The Answering Defendants deny the allegations contained in Paragraph 42 of the Complaint and note that to date all Answering Defendants have either released complete records, released partial records, or provided substantive responses to the subject FOIA requests.

43. Paragraph 43 of the Complaint contains statements of law or legal conclusions as to the FOIA more appropriately reserved for determination by the Court, and, as such, requires no response. To the extent a response is required, the Answering Defendants deny the Defendant FBI has not responded to Plaintiff's FOIA request and further denies the allegations in the paragraph.

## CAUSES OF ACTION

## COUNT ONE

44. The Answering Defendants repeat their prior responses to paragraphs 1 through 43 above, as if fully set forth herein.

45. Paragraph 45 of the Complaint contains statements of law or legal conclusions as to the FOIA more appropriately reserved for determination by the Court, and, as such, requires no response. To the extent a response is required, the Answering Defendants deny the allegations in the paragraph.

46. Paragraph 46 of the Complaint contains statements of law or legal conclusions as to the FOIA more appropriately reserved for determination by the Court, and, as such, requires no response. To the extent a response is required, The Answering Defendants admit that Plaintiff submitted FOIA requests to DHS, ICE, DOS and FBI. The Answering Defendants further deny any allegation that the records support a theory of liability against Defendants.

47. Paragraph 47 of the Complaint contains statements of law or legal conclusions as to the FOIA more appropriately reserved for determination by the Court, and, as such, requires no response. To the extent a response is required, the Answering Defendants deny any allegation that the records support a theory of liability against Defendants.

## COUNT TWO

48. The Answering Defendants repeat their prior responses to paragraphs 1 through 47 above, as if fully set forth herein.

49. Paragraph 49 of the Complaint contains statements of law or legal conclusions as to the FOIA more appropriately reserved for determination by the Court, and, as such, requires no

response. To the extent a response is required, the Answering Defendants deny any allegation that the records support a theory of liability against Defendants.

50. The Answering Defendants deny the allegations contained in Paragraph 50 of the Complaint and note that to date all Answering Defendants have either released complete records, released partial records, or provided substantive responses to the subject FOIA requests.

51. Paragraph 51 of the Complaint contains statements of law or legal conclusions as to the FOIA more appropriately reserved for determination by the Court, and, as such, requires no response. To the extent a response is required, the Answering Defendants deny any allegation that the records support a theory of liability against Defendants.

## GENERAL DENIAL

Insofar as responses may be deemed required, the Answering Defendants deny any and all allegations in the Complaint which were not specifically admitted or denied above and deny all allegations alleging violations of constitutional, statutory, regulatory or common law.

## PRAYER FOR RELIEF

The Answering Defendants deny that Plaintiff is entitled to any relief in this action and therefore requests that the Court deny its requested relief under the "PRAYER FOR RELIEF" section.

## THE ANSWERING DEFENDANTS' AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1. The Plaintiff's Complaint should be dismissed in whole, or in part, for failure to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

2. The Court lacks jurisdiction over the subject matter of this Complaint because no records have been improperly withheld or the FOIA requests have been deemed moot through release.

**THIRD AFFIRMATIVE DEFENSE**

3. The information that the Answering Defendants have withheld, or will withhold, in response to Plaintiff's FOIA requests may be exempt in whole or in part from public disclosure under the FOIA, and foreseeable harm would result from the release of this information. *See* 5 U.S.C. § 552(b).

**FOURTH AFFIRMATIVE DEFENSE**

4. The Answering Defendants have exercised due diligence in processing Plaintiff's FOIA requests and exceptional circumstances exist that necessitate additional time to complete the processing of Plaintiff's FOIA requests. *See* 5 U.S.C. § 552(a)(6)(C).

**FIFTH AFFIRMATIVE DEFENSE**

5. The Court lacks subject matter jurisdiction over any requested relief that exceeds the relief authorized by the FOIA.

**SIXTH AFFIRMATIVE DEFENSE**

6. Plaintiff's FOIA requests are not proper requests for documents under the FOIA. Plaintiff's requests do not, for example, reasonably describe the records sought, and therefore do not comply with the FOIA and/or do not trigger a search or production obligation. Plaintiff's FOIA requests are also not enforceable under the FOIA to extent a reasonable search cannot be undertaken to identify and locate all responsive records.

**SEVENTH AFFIRMATIVE DEFENSE**

7. Plaintiff has not alleged sufficient factual and/or legal bases for its request for costs and/or attorneys' fees.

**EIGHTH AFFIRMATIVE DEFENSE**

8. The Answering Defendants have conducted adequate searches in response to the underlying requests under the FOIA or otherwise are in the process of completing their searches for and releases of any non-exempt, responsive records, or segregable portions thereof.

**NINTH AFFIRMATIVE DEFENSE**

9. Relief afforded, if any, is limited to that provided for in 5 U.S.C. § 552(a)(4)(B).

**TENTH AFFIRMATIVE DEFENSE**

10. The Answering Defendants respectfully request and reserve the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to them through the course of the litigation.

WHEREFORE, the Answering Defendants respectfully submit that Plaintiff is not entitled to any relief, monetary or non-monetary, and requests that this Complaint be dismissed, that judgment be entered in favor of the Answering Defendants, with prejudice and with costs, and for such other and further relief as this Court deems just and proper.

Dated: June 14, 2022,

CARLA B. FREEDMAN
United States Attorney

By: Digitally signed by C. HARRIS DAGUE
Date: 2022.06.14 16:31:30 -04'00'

C. Harris Dague
Assistant United States Attorney
Bar Roll No. 513292